**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CHRISTOPHER W. CANALE**                                                         **PLAINTIFF**

**V.**                                    **NO.  3:09CV00105 JMM**

**JAMES C. HALE, III, et. al.**                                                     **DEFENDANTS**

## ORDER

Pending is the parties' joint motion for continuance.  (Docket #16).  For good cause shown, the motion is GRANTED.  The case will be removed from the trial docket the week of March 15, 2010.  An amended scheduling order will be entered forthwith setting a new trial date along with extensions of the pre-trial deadlines.

IT IS SO ORDERED this 3rd day of November, 2009.

_____
James M. Moody
United States District Judge