**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CHRISTOPHER W. CANALE**                                        **PLAINTIFF**

VS.                       NO.  3:09cvOO105-JMM

**JAMES C. HALE, III and BETTY HALE, HIS WIFE,
MARK BELL and ELIZABETH B. BELL, HIS WIFE,
DOROTHY S. WHEELER, INDIVIDUALLY and as
TRUSTEE OF THE DOROTHY S. WHEELER REVOCABLE
LIVING TRUST, THOMAS WHEELER, ANN WHEELER
and THE ST. FRANCIS LEVEE DISTRICT**           **DEFENDANTS**

**CONSENT ORDER AMENDING SCHEDULING ORDER**

It appearing to this Court based upon the joint/agreed motion of the parties by and through counsel to extend certain dates in the current scheduling order and as these requests appear appropriate,

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED as follows:

1. All discovery will be completed on or by July 20, 2010.

2. All motions, with the exception of the motions in limine, shall be filed on or before July 20, 2010.  Any party desiring to supplement a Motion for Summary Judgment with any information or documentation obtained in discovery should do so within 10 days after the July 20, 2010 cutoff date.

3. All other dates in the current scheduling order shall remain unchanged.

                                                */s/ James M. Moody*
                                                Honorable James M. Moody
                                                United States District Court Judge

Date:  June 30, 2010.

Approved for Entry:


    /s/ William L. Bomar
William L. Bomar     (Ark. #87199)
*Attorney for Plaintiff*



   /s/ Ralph Waddell
Ralph Waddell      (Ark. #85163)
*Attorney for Defendants Hale and Bell*


  /s/ J. Harmon Smith
 J. Harmon Smith      (Ark. #96213)
*Attorney for St. Francis Levee District*



4839-2508-0070, v.  1