*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

CHRISTOPHER W. CANALE                                                              PLAINTIFF

vs.                                    CASE NO. 3:09cv00105 JMM

JAMES C. HALE, III, et al                                                           DEFENDANTS

### ORDER OF DISMISSAL

Having been notified by the parties that a settlement has been reached in this matter, the Court finds that this case should be dismissed. All deadlines previously set and the jury trial scheduled September 13, 2010, are canceled.

The complaint and all claims in this action are hereby dismissed with prejudice as to all parties.   All pending motions are moot.

The Court retains complete jurisdiction for sixty (60) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 30th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE