# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CHRISTOPHER W. CANALE**                                                               **PLAINTIFF**

**VS.**                          **NO.  3:09cv00105-JMM**

**JAMES C. HALE, III and BETTY HALE, HIS WIFE,
MARK BELL and ELIZABETH B. BELL, HIS WIFE,
DOROTHY S. WHEELER, INDIVIDUALLY and as
TRUSTEE OF THE DOROTHY S. WHEELER REVOCABLE
LIVING TRUST, THOMAS WHEELER, ANN WHEELER
and THE ST. FRANCIS LEVEE DISTRICT**                    **DEFENDANTS**

## ORDER OF DISMISSAL, WITH PREJUDICE

It appearing to this Court based upon the statements and submissions of counsel that the above-captioned matter has been resolved among the parties and may and should now be dismissed with prejudice.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the above-captioned matter be and hereby is dismissed with prejudice.

_____
Honorable James M. Moody
United States District Court Judge

Date:   January 6, 2011

4845-0852-4808, v.  1